UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICIO ANDRES FRANCISCO (A#221-486-455),

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-01597-SCR

ORDER

Petitioner was, at the time this case was filed, a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241 raising a Fifth Amendment due process challenge to his re-detention without a pre-deprivation hearing and continued detention by Immigration and Customs Enforcement ("ICE"). All parties consented to the jurisdiction of the undersigned for all further proceedings, including trial and entry of final judgment. ECF No. 15 (consent order).

**I. Factual and Procedural History**

The district court ordered, by way of preliminary injunctive relief, that Respondents provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a). ECF No. 11. Respondents submitted a Status Report indicating that an immigration judge ordered Petitioner released on a $5,000 bond on March 5, 2026 as a result of

the ordered bond hearing. ECF No. 18-1. A check of Immigration and Customs Enforcement's Online Detainee Locator indicates that Petitioner was released from custody. See https://perma.cc/CV2W-S73M (Immigration and Customs Enforcement's Online Detainee Locator System) (searchable via A# and country of origin).

The parties were provided the opportunity to submit additional briefing on the merits of the pending § 2241 petition. ECF No. 16. Both parties indicated their intent to stand on the present record without submitting additional briefs. ECF Nos. 19-20.

**II. Analysis**

For the reasons indicated in the Court's February 27, 2026 minute order granting a preliminary injunction, which the undersigned adopts and incorporates as if separately set forth herein, Petitioner's § 2241 application is granted based on the violation of Petitioner's Fifth Amendment right to due process. See Wasef v. Chestnut, No. 1:26-cv-01078-DAD-JDP (HC), 2026 WL 392389 (E.D. Cal. Feb. 12, 2026); Rangel v. Noem, 1:26-cv-00083-DAD-CSK, 2026 WL 73996 (E.D. Cal. Jan. 9, 2026).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus (ECF No. 1) is granted on the Fifth Amendment procedural due process claim only.

2. The Court denies the remaining claims in the § 2241 petition in the interests of judicial economy since the requested relief has been granted.

3. The preliminary injunctive relief previously granted is made permanent.

4. All pending motions are denied as moot.

5. The Clerk of Court shall close this case.

DATED: September 29, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE